**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

CHAMBERS OF
SUE L. ROBINSON
CHIEF JUDGE

LOCKBOX 31
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

March 3, 2005

Carole Ann Smith
702 Lora Lane
Hockessin, DE   19707

        Re:   United States v. Carole Smith,
             Crim. No. 97-062-SLR

Dear Ms. Smith:

    I have reviewed your request for the early termination of your supervised release.  In light of the total amount of the restitution obligation (over and above your monthly payment) and all the circumstances of the case, I decline to grant your request at this time.  (D.I. 63)

                               Sincerely,

                               Sue L. Robinson