IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CR |
| v. ) | C.A. No. 97-62  SCR |
| ) | |
| CAROLE ANN SMITH, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF MOTION

TO:   Beth E. Moskow-Schnoll, Esquire
U.S. Attorney's Office
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE  19899-2046

**PLEASE TAKE NOTICE** that the within Motion to Allow Probationer to Temporarily Leave the Country will be presented to the Honorable Sue L. Robinson for her consideration.

EUGENE J. MAURER, JR.
1201-A King Street
Wilmington, DE  19801
(302) 652-7900
Attorney for Defendant

Dated:  April 9, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CR |
| v. ) | C.A. No. 97-62 SCR |
| ) | |
| CAROLE ANN SMITH, ) | |
| ) | |
| Defendant. ) | |

### MOTION TO ALLOW PROBATIONER TO TEMPORARILY LEAVE THE COUNTRY

COMES NOW, the Defendant, through her attorney, Eugene J. Maurer, Jr., and respectfully requests that she be given permission to temporarily leave the country for the reasons set forth below. The bases of this motion are as follows:

1. The Defendant was sentenced by Your Honor on March 16, 1998 on fraud charges to a lengthy period of incarceration followed by supervised release.

2. The Defendant was incarcerated from March 16, 1998 through May 21, 2003, after which she was sent to the Plummer Center in Wilmington. She was released from the Plummer Center on November 21, 2003.

3. Since the Defendant's release from incarceration, she has been on supervised release, being supervised by Probation Officer Frank Kurzeknabe. She started out seeing the officer once a month and now sees him once every three months for short period of time.

4. The Defendant completed her period of incarceration without any incidents in the prison and has caused no problems since she has been released on supervised release. She is paying $200.00 a month towards the sizeable restitution that was ordered.

5. Defendant currently resides with a friend in Lewes, Delaware. She is working part-time at a local Wawa there and currently receives Social Security and pension on top of that.

6. She is not on any kind of medication and living her life in a decent fashion without causing any problems.

7. Prior to the Defendant's incarceration and in 1997, the Defendant was permitted to leave the country to go to Bermuda to participate in her daughter's wedding. This departure from the country was specifically authorized by Magistrate Thynge, and the Defendant attended the ceremonies and returned to Delaware for sentencing by Your Honor at a time when she knew that she was going to be incarcerated for a lengthy period of time.

8. All of the individuals who participated in the 1997 wedding are returning to Bermuda by way of a cruise to re-celebrate the daughter's wedding, which event is to occur on August 11, 2007. The Defendant's daughter has offered her a free cabin on the Royal Caribbean Empress of the Seas, cruising from Philadelphia to Bermuda.

9. The Defendant has, of course, discussed this matter with the Probation Officer, who has indicated that it would be necessary to obtain the Court's approval before embarking on such a passage.

10. Defense counsel has spoken with the Assistant United States Attorney who handled this matter, and she has indicated that she has no objection to the Defendant's request.

11. It would therefore be respectfully requested that the Defendant be given permission to travel directly to Bermuda, as noted above, to attend the ceremony and to then return to lower Delaware, advising her Probation Officer not only of her date of departure but her date and time of return.

_____
EUGENE J. MAURER, JR.
1201-A King Street
Wilmington, DE 19801
(302) 652-7900
Attorney for Defendant

Dated: April 9, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 97-62 |
| | ) | |
| CAROLE ANN SMITH, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**AND NOW, TO WIT,** this _____ day of _____, 2007, the foregoing Motion having been heard and considered it is hereby

**ORDERED** that _____

_____

_____

_____

_____

_____

_____

                                                                                    _____
                                                                                                                          J.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 97-62 |
| | ) | |
| CAROLE ANN SMITH, | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I certify that two copies of the attached Motion to Allow Probationer to Temporarily Leave the County were placed in the United States Mail, postage paid, first class on Tuesday, April 9, 2007, to:

> Beth E. Moskow-Schnoll, Esquire
> U.S. Attorney's Office
> 1007 Orange Street, Suite 700
> P.O. Box 2046
> Wilmington, DE  19899-2046

> _____
> EUGENE J. MAURER, JR.
> 1201-A King Street
> Wilmington, DE  19801
> (302) 652-7900
> Attorney for Defendant