IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.R. No. 97-62 SLR |
| ) | |
| CAROLE ANN SMITH, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

AND NOW, TO WIT, this 23d day of April, 2007, the defendant's Motion having been heard and considered, it is hereby

**ORDERED** that the defendant shall be permitted to leave the State of Delaware for the sole purpose of participating in an anniversary cruise involving her daughter, the destination of which is Bermuda. The cruise ship "Empress of the Seas" departs Philadelphia on August 11, 2007 at 3:00 p.m. and returns on August 18, 1007 at 7:00 a.m.

The defendant shall reside on the ship and the defendant shall contact her probation officer immediately prior to her departure and immediately upon her return.

_____
Robinson, Sue L.